# United States District Court

## CIVIL MINUTES - GENERAL

Time: 8:30 – 8:54 a.m.                                          Case # 4:22cv166-MW-MJF

Date  April 29, 2022

DONALD FALLS v. RONALD DION DESANTIS, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status and schedule for [4] Motion for Preliminary Injunction hearing.  Plaintiff's witness declarations due 5/18/22.  Defendants' witness declarations and response to [4] Motion due 6/1/22.  Reply due 6/15/55.  Parties' notice re: need for live witnesses due 6/17/22.  Preliminary injunction hearing set for 9:00 am on 6/21/22.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

Victoria Milton McGee                          Lisa Snyder
Deputy Clerk                                   Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Jesse Wilkison and Matthew Kachergus

ATTORNEY(S) APPEARING FOR DEFENDANTS RONALD DION DESANTIS, RICHARD CORCORAN, TOM GRADY, BEN GIBSON, MONESIA BROWN, MARVA JOHNSON, RYAN PETTY, JOE YORK, BRIAN LAMB, TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST, EDWARD HADDOCK, H. WAYNE HUIZENGA, JR., NATASSIA JANVIER, KEN JONES, DARLENE LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, STEVEN M. SCOTT, WILLIAM SELF, ERIC SILAGY, KENT STERMON:

Charles Cooper, John Ohlendorf and John Ramer

ATTORNEY(S) APPEARING FOR DEFENDANT ASHLEY MOODY:

Timothy Newhall

Initials of the Clerk:  VMM