UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, JILL HARPER,
Dr. ROBERT CASSANELLO, STEPHANIE
NICOLE JAMIESON,** as next of friend of **RMJ,**
Dr. **TAMMY L. HODO,**

    Plaintiffs,

vs.                            Case No.: 4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida; **RICHARD CORCORAN,**
in his official capacity as Commissioner of the
Florida State Board of Education; **TOM GRADY,
BEN GIBSON, MONESIA BROWN, MARVA
JOHNSON, RYAN PETTY, JOE YORK,**
in their official capacities as members of the
Florida State Board of Education; **BRIAN LAMB,
TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST,
EDWARD HADDOCK, H. WAYNE HUIZENGA, JR.,
NATASSIA JANVIER, KEN JONES,
DARLENE LUCCIO JORDAN, ALAN LEVINE,
CHARLES H. LYDECKER, STEVEN M. SCOTT,
WILLIAM SELF, ERIC SILAGY, KENT STERMON,**
in their official capacities as members of the Florida Board of
Governors of the State University System; and **ASHLEY MOODY,**
in her official capacity as Florida's Attorney General,

    Defendants.
_____

## **PLAINTIFF'S NOTICE OF FILING**

Plaintiff's by and through undersigned counsel, hereby files the following documents:

1. Declaration of Donald Falls;

2. Declaration of Dr. Robert Cassanello;

3. Declaration of Dr. Derek Black;

4. Declaration of Dr. Tammy Hodo;

5. Declaration of Barbara Cheives;

6. Declaration of SFPOC;

7. Declaration of Dr. Edward Dunbar;

8. Declaration of Dr. Harry Krop;

9. Declaration of Jessie Swanson;

10. Declaration of J.A.;

11. Declaration of B.H.;

12. Declaration of E.G.;

13. Declaration of J.G.;

14. Declaration of Y.A.;

15. Declaration of S.S.;

16. Declaration of D.M.Z.;

17. Declaration of J.D.;

18. Declaration of S.R.;

19. Declaration of C.B.;

20. Declaration of S.C.;

21. Declaration of Maria Salt; and

22. Declaration of B.G.;

                              Respectfully submitted,

                              */s/ Jesse B. Wilkison*
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Charles Cooper, Esquire,** ccooper@cooperkirk.com, **Davis Cooper, Esquire,** pdcooper@cooperkirk.com, **Timothy Newhall, Esquire,** timothy.newhall@myfloridalegal.com, **John D. Ohlendorf, Esquire,** johlendorf@cooperkirk.com, **John Ramer, Esquire,** jramer@cooperkirk.com, **Alannah Lee Shubrick, Esquire,** Alannah.shubrick@myfloridalegal.com, by electronic mail this 18th day of May, 2022.

                                              */s/ Jesse B. Wilkison*
                                              ATTORNEY

JBW/jj[crt-notice.of.filing]