UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, JILL HARPER,
Dr. ROBERT CASSANELLO, STEPHANIE
NICOLE JAMIESON, as next of friend of RMJ,
Dr. TAMMY L. HODO,

    Plaintiffs,

vs.                                        Case No.: 4:22-cv-00166

RON DESANTIS, in his official
capacity as Governor of Florida; RICHARD CORCORAN,
in his official capacity as Commissioner of the
Florida State Board of Education; TOM GRADY,
BEN GIBSON, MONESIA BROWN, MARVA
JOHNSON, RYAN PETTY, JOE YORK,
in their official capacities as members of the
Florida State Board of Education; BRIAN LAMB,
TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST,
EDWARD HADDOCK, H. WAYNE HUIZENGA, JR.,
NATASSIA JANVIER, KEN JONES,
DARLENE LUCCIO JORDAN, ALAN LEVINE,
CHARLES H. LYDECKER, STEVEN M. SCOTT,
WILLIAM SELF, ERIC SILAGY, KENT STERMON,
in their official capacities as members of the Florida Board of
Governors of the State University System; and ASHLEY MOODY,
in her official capacity as Florida's Attorney General,

    Defendants.

---

## DECLARATION OF J.A.

STATE OF FLORIDA        }
                                      } SS.
COUNTY OF ALACHUA    }

1

I, J.A., do hereby submit this declaration and state the following:

1. I am under the age 18 and am a resident of the State of Florida. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

2. I am a ninth-grade student who attends a public high school in Alachua County, Florida.

3. My race is white, and my gender is male.

4. I am very passionate about politics and political science ever since I watched the presidential debates in 2016. I follow the news religiously to keep myself up to date on current events. I am interested in reforming our criminal justice system and protecting civil rights.

5. I am concerned about the effect HB7 will have on topics like institutional racism, white privilege, and anti-racism. Historical events like the Suffrage Movement or Civil War have a large impact on today's society, and I don't think teachers could discuss these topics fully without discussing how they impact today's society.

6. HB7 assumes that institutional racism and white privilege do not exist in our society. However, I encounter evidence of these things in my community every day. Even in Gainesville, which is considered a liberal city, there is a clear divide between race and socioeconomic status. Most of the black residents live on

the east side of town and most of the white residents live on the west side of town. The east side of town has higher crime rate, older houses, and poorer utilities. Whenever there is a major storm, the east side of town is always the last to have its power restored.

7. I am enrolled in the Cambridge Program at my school, which is a selective international honors program. Most of the students in the program are white, which I believe is further evidence of privilege that exists in our society.

8. I am very familiar with the effects that discrimination has on our society. My synagogue regularly has the sheriff's office come out to protect us from mass shootings during our worship services. I know that not everyone has to be concerned about things like that, and likewise I know that there are many other struggles that people of different races face that I do not have to face. I think understanding different ways that people in our society enjoy different privileges and face different struggles will help us fix problems in our society like mass shootings.

9. I routinely read books about civil rights and history like civil rights lectures by Professor Julian Bond and books about the American Indian Movement in the 1970s. These books have taught me that often our country's history has failed to live up to the ideals set out in the Declaration of Independence. Many of our presidents were openly racist and supported segregation and slavery. The New

Deal was focused solely on helping white Americans and contributed to a lot of the inequality we see today.

10. I am concerned that laws like HB7 hide the truth and will help people ignore the problems facing Florida and Alachua County.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on the 17th day of May, 2022.

*J.A*