UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DONALD FALLS, et al.,<br><br>              *Plaintiffs*,<br><br>    v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>              *Defendants*. | Case No. 4:22-cv-166-MW/MJF |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE
DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to FED. R. CIV. P. 6(b)(1), Defendants respectfully request an Order setting the deadline for them to respond to Plaintiffs' Complaint in this matter under Rule 12 to June 1, 2022. In support of this request, Defendants state as follows:

1.    On April 22, 2022, Plaintiffs filed a complaint and a motion for a preliminary injunction. Doc. 1 (Apr. 22, 2022); Doc. 4 (Apr. 22, 2022). On April 28, the executed summonses for all defendants were returned. *See, e.g.*, Doc. 15 (Apr. 28, 2022).

2.    The following day, on April 29, the Court held a telephonic scheduling conference. After the conference, the Court issued a scheduling order, Doc. 24 (Apr. 29, 2022), setting a June 1, 2022, deadline for Defendants' response to Plaintiffs' preliminary-injunction motion.

3.    This morning, on May 20, the Court entered a docket entry indicating that Defendants' answer to Plaintiffs' complaint was "not filed by defendants by 5/17/2022." Unnumbered Dkt. Entry (May 20, 2022).

4.       Defendants had interpreted the Court's April 29 order as providing Defendants until June 1 to respond to Plaintiffs' complaint under Rule 12. Given that Plaintiffs have moved for preliminary injunctive relief on all claims, Defendants' June 1 response to that motion will necessarily contain their substantive responses to all of the claims in Plaintiffs' complaint. We respectfully submit that the most sensible and efficient course of action is thus for Defendants to respond to Plaintiffs' complaint under Rule 12 simultaneously with their response to Plaintiffs' preliminary injunction motion.

5.       The docket entry from this morning indicates that Defendants' interpretation of the April 29 Order as extending the deadline under Rule 12 may have been incorrect, however. Defendants regret any error and respectfully ask the Court to exercise its discretion under Rule 6(b)(1) to extend the time for Defendants to file their answer to Plaintiffs' complaint to June 1.

## LOCAL RULE 7.1(B) CERTIFICATION

1. In accordance with Local Rule 7.1(B), Defendants have conferred with counsel for Plaintiffs regarding this motion, and Plaintiffs do not oppose it.


Date: May 20, 2022

/s/ Timothy L. Newhall
Timothy L. Newhall
*Special Counsel*
Complex Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: 850.414.3300
timothy.newhall@myfloridalegal.com

*Counsel for Defendant Ashley Moody, in her official capacity.*

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
P. Davis Cooper (Bar No. 114059)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.220.9600
Facsimile: 202.220.9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
pdcooper@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ron DeSantis, in his official capacity, et al.*