IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, JILL HARPER,
Dr. ROBERT CASSANELLO, STEPHANIE
NICOLE JAMIESON,** as next of friend of
**RMJ**, Dr. **TAMMY L. HODO,**

    Plaintiffs,

vs.                                             Case No.: 4:22-cv-00166

**RON DESANTIS**, in his official capacity as
Governor of Florida; **RICHARD
CORCORAN**, in his official capacity as
Commissioner of the Florida State Board of
Education; **TOM GRADY, BEN GIBSON,
MONESIA BROWN, MARVA JOHNSON,
RYAN PETTY, JOE YORK**, in their official
capacities as members of the Florida State
Board of Education; **BRIAN LAMB,
TIMOTHY M. CERIO, AUBREY EDGE,
PATRICIA FROST, EDWARD
HADDOCK, H. WAYNE HUIZENGA, JR.,
NATASSIA JANVIER, KEN JONES,
DARLENE LUCCIO JORDAN, ALAN
LEVINE, CHARLES H. LYDECKER,
STEVEN M. SCOTT, WILLIAM SELF,
ERIC SILAGY, KENT STERMON**, in their
official capacities as members of the Florida
Board of Governors of the State University
System; and **ASHLEY MOODY**, in her
official capacity as Florida's Attorney General,

    **Defendants.**

---

## MOTION OF LEARNING FOR JUSTICE AND FLORIDA FREEDOM TO READ PROJECT FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

1

Learning for Justice ("LFJ") which researches, among other topics, how race and American history are taught now and how that teaching could be improved and Florida Freedom to Read Project ("FFTRP"), a group advocating against censorship in Florida schools, request leave to file a brief as amici curiae. A copy of the proposed brief is attached hereto.

While neither the Federal Rules of Civil Procedure nor the local rules provide for amicus briefs, "district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). This Court has previously exercised that discretion by considering (1) the proposed amicus party's "experience and qualifications," (2) whether the case is "of particular interest" to them, (3) the amicus brief's relevance to the case, (4) whether the case is of "general public interest" or "concerns constitutional rights," and (5) whether it was filed sufficiently far in advance to allow the party not supported by the amicus brief time to respond. *See* Order Granting Motion for Leave to File as Amicus Curiae, *League of Women Voters v. Lee*, No. 4:21-cv-186-MW/MAF (N.D. Fla. Dec. 12, 2021) ECF No. 358 (Walker, C. J.); Order Granting Motion to Appear as Amicus Curiae 2; *Madera v. Detzner*, No. 1:18-cv-152-MW/GRJ (N.D. Fla. Aug. 23, 2018), ECF No. 31 (Walker, C.J.); Order Granting Leave to File Amicus Curiae Mem. 2, *Prison Legal News v. The Geo Grp., Inc.*, No. 4:12-cv-239-MW/CAS (N.D. Fla. Feb. 25, 2013), ECF No. 131 (Walker, J.). These factors weigh in favor of granting Learning for Justice and Florida Freedom to Read Project leave to file a brief as amici.

First, LFJ and FFTRP are organizations with unique knowledge of the subject matter of this case. LFJ researches the teaching of "hard history" such as slavery and the legacy of racism in American society in public schools. It has specific insight about how HB 7 will worsen

2

existing shortfalls in the teaching of these topics by chilling the speech of teachers, the significant obstacles that have deterred teachers from addressing these difficult topics, and the consequences of that failure. FFTRP has documented the ways in which HB 7 is already having such a chilling effect in Florida schools through public records research.

Second, this case is of particular interest to LFJ because the Court's interpretation of HB 7 and any relief it grants or declines to grant will determine how LFJ can continue to provide its educational resources to teachers in Florida. It is of particular interest to FFTRP because the outcome of the case will impact its organizational mission of ensuring Florida students have free access information and ideas that advance their learning. Third, LFJ and FFTRP's brief is relevant to the case because it demonstrates HB 7's existing impact on the Plaintiffs' speech and the exercise of other protected rights. It also shows the consequences of that impact for student learning. Fourth, this case touches on questions of deep importance to Floridians concerning the teaching of key questions of American history and the constitutional rights of students, teachers, and others. Finally, LFJ and FFTRP filed this motion and attached proposed brief seven days after the last day on which Plaintiffs were permitted to affidavits in support of their Motion for a Preliminary Injunction and seven days before Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction is due, allowing Defendants sufficient time to respond to its arguments if they so choose.

| | |
|---|---|
| Dated: May 25, 2021 | Respectfully submitted,<br><br>*/s/ Sam Boyd*<br>_____<br><br>BACARDI JACKSON (Florida Bar No. 47728)<br>SAM BOYD (Florida Bar No. 1012141)<br>ABEL S. DELGADO (Florida Bar. No. 112443)<br>Southern Poverty Law Center<br>P.O. Box 12463<br>Miami, FL 33101<br>Tel: 786-347-2056<br>Fax: 786-237-2949<br>bacardi.jackson@splcenter.org<br>abel.delgado@splcenter.org<br>sam.boyd@splcenter.org<br><br>*Counsel for Amici Curiae Learning for Justice and Florida Freedom to Read Project* |

## CERTIFICATE OF CONFERENCE

I hereby certify pursuant to Northern District of Florida General Rule 7.1(B) that I met and conferred by email with counsel for all parties in this matter and none oppose this motion.

Dated: May 25, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Sam Boyd*

　　　　　　　　　　　　　　　　　　SAM BOYD (Florida Bar No. 1012141)
　　　　　　　　　　　　　　　　　　Southern Poverty Law Center
　　　　　　　　　　　　　　　　　　P.O. Box 12463
　　　　　　　　　　　　　　　　　　Miami, FL 33101
　　　　　　　　　　　　　　　　　　Tel: 786-347-2056
　　　　　　　　　　　　　　　　　　Fax: 786-237-2949

　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae Learning for Justice and Florida Freedom to Read Project*

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

I hereby certify that the forgoing complies with Local Rule 7.1(F) in that it contains fewer than 8,000 words. This motion contains 604 words. The proposed brief contains 3169 words.

Dated: May 25, 2022

Respectfully submitted,

*/s/ Sam Boyd*

---

SAM BOYD (Florida Bar No. 1012141)
Southern Poverty Law Center
P.O. Box 12463
Miami, FL 33101
Tel: 786-347-2056
Fax: 786-237-2949

*Counsel for Amici Curiae Learning for Justice and Florida Freedom to Read Project*