IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, JILL HARPER,
Dr. ROBERT CASSANELLO, STEPHANIE
NICOLE JAMIESON,** as next of friend of
**RMJ**, Dr. **TAMMY L. HODO,**

    Plaintiffs,

vs.                                               Case No.: **4:22-cv-00166**

**RON DESANTIS**, in his official capacity as
Governor of Florida; **RICHARD
CORCORAN**, in his official capacity as
Commissioner of the Florida State Board of
Education; **TOM GRADY, BEN GIBSON,
MONESIA BROWN, MARVA JOHNSON,
RYAN PETTY, JOE YORK**, in their official
capacities as members of the Florida State
Board of Education; **BRIAN LAMB,
TIMOTHY M. CERIO, AUBREY EDGE,
PATRICIA FROST, EDWARD
HADDOCK, H. WAYNE HUIZENGA, JR.,
NATASSIA JANVIER, KEN JONES,
DARLENE LUCCIO JORDAN, ALAN
LEVINE, CHARLES H. LYDECKER,
STEVEN M. SCOTT, WILLIAM SELF,
ERIC SILAGY, KENT STERMON**, in their
official capacities as members of the Florida
Board of Governors of the State University
System; and **ASHLEY MOODY**, in her
official capacity as Florida's Attorney General,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

The court has considered without hearing Learning for Justice and Florida

Freedom to Read Project's Motion for Leave to File Brief as *Amici Curiae* and

their proposed brief. The motion is **GRANTED** and the amici curiae brief attached to the motion, ECF No. XXX, is accepted as filed.

    **SO ORDERED on DATE**, 2022,

                                                      _____

                                                    Mark E. Walker
                                                    Chief United States District Court Judge