IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

    Plaintiffs,

v.                                      CASE NO. 4:22-CV-00166-MW-MJF

RON DESANTIS, et al.

    Defendants.

_____

## MOTION TO APPEAR PRO HAC VICE

Attorney Megan M. Wold, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of RON DESANTIS, in his official capacity as Governor of Florida; RICHARD CORCORAN, in his official capacity as Commissioner of the Florida State Board of Education; TOM GRADY, BEN GIBSON, MONESIA BROWN, MARVA JOHNSON, RYAN PETTY, JOE YORK, in their official capacities as members of the Florida State Board of Education; BRIAN LAMB, TIMOTHY M. CERIO, AUBREY EDGE, PATRICIA FROST, EDWARD HADDOCK, H. WAYNE HUIZENGA, JR., NATASSIA JANVIER, KEN JONES, DARLENE

LUCCIO JORDAN, ALAN LEVINE, CHARLES H. LYDECKER, STEVEN M. SCOTT, WILLIAM SELF, ERIC SILAGY, KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System; and ASHLEY MOODY, in her official capacity as Florida's Attorney General. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 19, 2004.

In support of this Motion, the undersigned avers that she is familiar with the CM/ECF e-filing system, as she has practiced in several federal courts since her admission. The undersigned further avers that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on May 27, 2022, Confirmation Number FLND16536700166286.

Furthermore, the undersigned is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated May 27, from the District of Columbia Court of Appeals, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

WHEREFORE, Megan M. Wold respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of all defendants.

Dated: May 27, 2022.　　　　By:　/s/ Megan M. Wold
　　　　　　　　　　　　　　　　　Megan M. Wold
　　　　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　　　　1523 New Hampshire Ave., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　Phone: (202) 220-9600
　　　　　　　　　　　　　　　　　Email: mwold@cooperkirk.com
　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), counsel for Defendants certifies that she conferred with counsel for Plaintiffs, who consent to the relief requested herein.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 27th of May, 2022.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Megan M. Wold
　　　　　　　　　　　　　　　　　Megan M. Wold