# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DONALD FALLS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> RON DESANTIS, in his official capacity as Governor of Florida, et al., <br><br> *Defendants*. | Case No. 4:22-cv-166-MW/MJF |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6), Defendants move to dismiss Plaintiffs' claims on several grounds. First, none of the Plaintiffs has alleged an injury in fact traceable to Florida's Individual Freedom Act, so all four of their claims fail for lack of standing. Second, the Governor is not a proper defendant to any of Plaintiffs' claims. Finally, Plaintiffs' claims should be dismissed on the merits for the reasons articulated in Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

| | |
|---|---|
| Date: June 1, 2022 | Respectfully submitted, |

| | |
|---|---|
| /s/ Timothy L. Newhall | /s/ Charles J. Cooper |
| Timothy L. Newhall | Charles J. Cooper (Bar No. 248070DC) |
| *Special Counsel* | John D. Ohlendorf (*Pro Hac Vice*) |
| Complex Litigation | Megan M. Wold (*Pro Hac Vice*) |
| Office of the Attorney General | John D. Ramer (*Pro Hac Vice*) |
| The Capitol, PL-01 | COOPER & KIRK, PLLC |
| Tallahassee, FL 32399-1050 | 1523 New Hampshire Avenue, N.W. |
| Telephone: (850) 414-3300 | Washington, D.C. 20036 |
| timothy.newhall@myfloridalegal.com | Telephone: (202) 220-9600 |
| | Facsimile: (202) 220-9601 |
| *Counsel for Defendant Ashley Moody, in her official capacity.* | ccooper@cooperkirk.com |
| | johlendorf@cooperkirk.com |
| | mwold@cooperkirk.com |
| | jramer@cooperkirk.com |
| | |
| | *Counsel for Defendants Ron DeSantis, in his official capacity, et al.* |