UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

vs.                                                                             Case No.: 4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida Et. al.

    **Defendants.**

_____

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order (Doc. 29) the Parties file this Joint Status Report. The Parties have not yet propounded discovery requests. The Defendants filed their response to Plaintiffs' Complaint and Motion for Preliminary Injunction on **June 1, 2022**. The Parties have independently engaged in fact-finding as exhibited by their filings regarding the motion for preliminary injunction.

| | |
|---|---|
| Date:   June 6, 2022 | /s/ Jesse Wilkison |
| | Jesse Wilkison<br>Sheppard, White, Kachergus, DeMaggio & Wilkison P.A.<br>215 Washington Street, Jacksonville, Florida 32256<br>Sheplaw@sheppardwhite.com<br>(904)356-9661 |
| Date:   June 6, 2022 | /s/ John Ohlendorf |
| | John Ohlendorf<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20046<br>JOhlendorf@cooperkirk.com<br>(202)220-9617 |
| Date:   June 6, 2022 | /s/ Timothy Newhall |
| | Timothy L. Newhall<br>Special Counsel<br>Complex Litigation Section<br>Office of the Attorney General<br>PL-01 The Capitol, Tallahassee, FL 32399-1050<br>Timothy.Newhall@myfloridalegal.com<br>(850)-414-3633 |