UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et al.

    **Plaintiffs,**

vs.                                        Case No.:  4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida, et. al
    **Defendants.**

_____

### PLAINTIFFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. 4) AND RESPONSE TO DEFENDANTS' MOTION TO DISMISS (DOC. 42)

Plaintiffs, by and through undersigned counsel, and pursuant to N.D. Fla. Loc. R. 6.1(F), respectfully move this Honorable Court for leave to file a consolidated reply and response memorandum in support of their Motion for Preliminary Injunction (Doc. 4) and Defendants' Motion to Dismiss of 13,500 words. As grounds in support of this motion, Plaintiff states:

1.    Plaintiff seeks to file a Consolidated Reply In Support Of Plaintiffs' Motion For Preliminary Injunction And Response To Defendants' Motion To Dismiss that is approximately 13,500 words excluding captions and certificates.

2.    Defendants' Motion to Dismiss (Doc. 41) and Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 44) incorporate one another's arguments

and share several overlapping issues that make consolidating the response and reply the most efficient method to respond to the issues.

3. While Plaintiffs' consolidated memorandum, is slightly over the maximum combined word limit the Local Rules permit for a reply to a motion and a response to a motion, Plaintiffs submit that given the importance of the case and scope of the issues involved the additional words are necessary.

4. Furthermore, the extra length will allow Plaintiffs to better frame their response to Defendants arguments, which they hope will better present these issues for the Parties and the Court in anticipation of the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for June 21, 2022.

WHEREFORE, Plaintiff respectfully move this Honorable Court for leave to file a consolidated reply in support of their motion for preliminary injunction and response to defendants' motion to dismiss (attached as Exhibit A) of 13,500 words in length.

### Local Rule 7.1(B) Certification

Counsel for Defendants have indicated that they do not oppose the relief sought.

Respectfully submitted,

*/s/ Jesse B. Wilkison*
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Jesse B. Wilkison, Esquire
Florida Bar No.:  118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio &
Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Charles Cooper, Esquire,** ccooper@cooperkirk.com, **Davis Cooper, Esquire,** pdcooper@cooperkirk.com, **Timothy Newhall, Esquire,** timothy.newhall@myfloridalegal.com, **John D. Ohlendorf, Esquire,** johlendorf@cooperkirk.com, **John Ramer, Esquire,** jramer@cooperkirk.com, **Alannah Lee Shubrick, Esquire,** Alannah.shubrick@myfloridalegal.com, by electronic mail this 15th day of June, 2022.

                                                */s/ Jesse B. Wilkison*
                                                ATTORNEY