# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

    *Plaintiffs*,

v.                                     Case No. 4:22cv166-MW/MJF

**RON DESANTIS, in his official
Capacity as Governor of Florida,
et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO FILE REPLY

    This Court has considered, without hearing, Plaintiffs' unopposed motion for leave to file consolidated reply in support of Plaintiffs' motion for preliminary injunction and response to Defendants' motion to dismiss, ECF No. 48. The motion is **GRANTED**. Plaintiffs are ordered to file their reply as a separate docket entry by the **close of business today, June 16, 2022**.

    **SO ORDERED** on June 16, 2022.

                                                          s/Mark E. Walker
                                                          **Chief United States District Judge**