## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

**vs.**                                   **Case No.:  4:22-cv-00166**

**RON DESANTIS,** in his official
capacity as Governor of Florida Et. al.

    **Defendants.**
_____

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

On June 21, 2022, the Court held a hearing on the Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss. The major focus of the hearing was the Plaintiffs' standing to seek preliminary injunctive relief. In regard to Plaintiff Cassanello, the Court's questions focused on redressability and traceability of Plaintiff Cassanello's constitutional injuries by enjoining the Board of Governors.

The undersigned just received from Dr. Cassanello a copy of proposed regulations promulgated by the Florida Board of Governors to enforce the IFA (Attached as Exhibit 1). Of particular relevance to the Court's discussion is Section 3(c) of the proposed rule, which states:

> In the event the investigation finds that an instruction or training is inconsistent with the university regulation [adopting the IFA], the university shall inform the Board of Governors through the Office of Inspector General and take prompt action to correct the violation by mandating that the employee(s) responsible for the instruction or training modify it to be consistent with the university regulation, issuing disciplinary measures where appropriate, and remove, by termination if appropriate, the employee(s) if there is a failure or refusal to comply with the mandate.

The regulation also requires all universities to establish regulations implementing the IFA and withholds performance funding from universities if the university willfully and knowingly engages in conduct at an institutional level that constitutes a substantiated violation of the IFA's forbidden principles. The Florida Board of Governors is set to vote on the Regulation on June 29 and 30, 2022.

Respectfully submitted,


/s/ Jesse Wilkison
Wm. J. Sheppard, Esquire
Florida Bar No.:  109154
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Jesse B. Wilkison, Esquire
Florida Bar No.:  118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:     (904) 356-9661
Facsimile:      (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT