IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

    *Plaintiffs*,

v.                                  Case No.  4:22cv166-MW/MJF

**RON DESANTIS, in his official
capacity as Governor of Florida,
et al.,**

    *Defendants*.
_____/

## ORDER FOR EXPEDITED SUPPLEMENTAL BRIEFING

Plaintiffs have filed supplemental authority that they assert supports Dr. Cassanello's standing to pursue injunctive relief. ECF No. 59. Namely, Plaintiffs have filed proposed regulations promulgated by the Defendant Florida Board of Governors to enforce the IFA. ECF No. 59-1. The Board, Plaintiffs say, is slated to vote on the regulations on June 29 and 30, 2022.

Based, on this supplemental authority, this Court is inclined to reserve ruling on Plaintiffs' motion for preliminary injunction, at least as to Dr. Cassanello. Both parties are ordered to file expedited supplemental briefs addressing how—assuming the Board votes in favor—the proposed regulations impact Dr. Cassanello's standing to pursue injunctive relief. The parties should also address how Ch. 2022-70, § 1, at 2, Laws of Fla. (amending § 1001.706, Fla. Stat.) may or may not impact Dr.

Cassanello's standing. The parties must file their briefs **on or before 12:00 p.m. ET June 28, 2022**.

      **SO ORDERED on June 24, 2022.**

<u>s/Mark E. Walker           </u>
**Chief United States District Judge**
