IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

    *Plaintiffs*,

v.                          Case No. 4:22cv166-MW/MJF

RON DESANTIS, in his official
capacity as Governor of Florida,
et al.,

    *Defendants*.
_____/

## ORDER FOR EXPEDITED SUPPLEMENTAL BRIEFING

Plaintiffs' notice of supplemental authority, ECF No. 59, indicates that Defendant Florida Board of Governors is set to vote this week on the proposed regulation filed at ECF No. 59-1. Accordingly, Defendant Florida Board of Governors shall file on or before 5:00 PM (ET) on Friday, July 1, 2022, a notice setting out what actions, if any, the Florida Board of Governors takes on the proposed regulation ("10.05 Prohibition of Discrimination in University Training or Instruction"), any other proposed regulation implementing the challenged provisions amending section 1000.05, Florida Statutes, and any proposed regulation

implementing the recent amendments to section 1001.706, Florida Statutes, at the meeting of the Florida Board of Governors this week.

**SO ORDERED on June 29, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
