# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DONALD FALLS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>    *Defendants*. | Case No. 4:22-cv-166-MW/MJF |

## DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING ACTIONS OF THE BOARD OF GOVERNORS

Pursuant to this Court's order of June 29, 2022, Doc. 65, Defendants respectfully submit herewith their supplemental brief regarding recent actions of the Board of Governors ("Board").

The Board held a regularly scheduled meeting on June 30, 2022. At the meeting, the Board approved regulation 10.005, implementing the Individual Freedom Act ("Act"), 2022 Fla. Laws 72, for a 30-day public notice and comment period. The Board will take up the regulation again, including consideration of public comments, at its next regularly scheduled Board meeting, on August 26, 2022.

The Board did not take any other action related to the Act or related to Florida Session Law Ch. 2022-70 (S.B. 7044), which concerns post-tenure review. The Board is now adjourned until the August 26 meeting.

Date: July 1, 2022

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper
(Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro hac vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants Ron DeSantis, in his official capacity, et al.*

Timothy L. Newhall
Special Counsel
Complex Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
timothy.newhall@myfloridalegal.com

*Counsel for Defendant Ashley Moody, in her official capacity*