UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

vs.                                                     Case No.:  4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida, et. al.

    **Defendants.**

_____

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order (Doc. 29), the Parties file this Joint Status Report.

The Court has denied Plaintiffs' motion for a preliminary injunction as to Plaintiffs Falls, Harper, Hodo, and RMJ on the ground that these plaintiffs have not met their burden to establish standing to pursue preliminary injunctive relief. Doc. 62. Plaintiffs' motion for a preliminary injunction is still pending as to Plaintiff Cassanello, and in relation to that plaintiff, the Court has requested and received supplemental briefing on the issue of his standing. *See* Doc. 63, 64.

The Court has dismissed all claims with the exception of the claims of Plaintiffs Falls, Harper, and RMJ against the Florida Board of Education and the

claims of Plaintiff Cassanello against the Florida Board of Governors. *See* Doc. 68.

Defendants have engaged in jurisdictional discovery relating to Plaintiff Cassanello. Specifically, Defendants have served document requests on Plaintiff Cassanello and took his deposition on August 5, 2022. Defendants are preparing a supplemental filing with respect to Plaintiff Cassanello's standing. Plaintiffs have not propounded discovery requests.

Plaintiffs likely intend to amend the Complaint and will seek leave for more time to do so.

Date:   August 8, 2022                /s/ John D. Ohlendorf
                                      John D. Ohlendorf
                                      Cooper & Kirk, PLLC
                                      1523 New Hampshire Avenue, N.W.
                                      Washington, D.C. 20046
                                      johlendorf@cooperkirk.com
                                      (202) 220-9617

Date:   August 8, 2022                /s/ Bryan E. DeMaggio
                                      Bryan E. DeMaggio
                                      Sheppard, White, Kachergus, DeMaggio &
                                      Wilkison P.A.
                                      215 Washington Street,
                                      Jacksonville, FL 32256
                                      bdemaggio@sheppardwhite.com
                                      (904) 356-9661

Date:   August 8, 2022                /s/ Timothy L. Newhall
                                      Timothy L. Newhall
                                      Special Counsel
                                      Complex Litigation Section
                                      Office of the Attorney General
                                      PL-01 The Capitol
                                      Tallahassee, FL 32399-1050
                                      timothy.newhall@myfloridalegal.com
                                      (850) 414-3633