UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et. al.

    **Plaintiffs,**

vs.                                     Case No.: 4:22-cv-00166

RON DESANTIS, in his official
capacity as Governor of Florida, et. al.

    **Defendants.**

_____

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiffs, by and though undersigned counsel and pursuant to Fed.R.Civ.P. 6 and Local Rules 6.1 and 7.1, hereby move this Honorable Court for an extension of an additional thirty (30) days by which to file an Amended Complaint in this cause. In support thereof, Plaintiffs state as follows:

1.    This Court's Scheduling and Mediation Order provides that "[a] pleading may be amended only by the deadline set out in the joint scheduling report or on a motion showing good cause for not amending by that date." (Doc. 47 at 2, ¶ 4).

2.    The Parties' joint scheduling report sets a "cut off date to amend pleadings or add parties of 45 days following the Court's resolution of Defendants' pending motion to dismiss." (Doc. 46 at 3, ¶ 4.(d)).

3.  The motion to dismiss that was pending at the time (Doc. 42) was resolved by the Court on July 8, 2022. *See* (Doc. 68).

4.  Thus, Plaintiffs' Amended Complaint would be due to be filed on or before August 22, 2022 (i.e., 45 days from the July 8 order resolving the Defendants' motion to dismiss).

5.  Plaintiffs seek additional time to amend the complaint.

6.  More particularly, as the Court is aware from the Plaintiffs' prior pleadings and the oral argument on the motion for preliminary injunction in this cause, the lawyer at the undersigned's law firm who has handled the bulk of the work in this proceeding was Jesse Wilkison, Esq.

7.  Mr. Wilkison resigned from the firm effective immediately on or about July 2, 2022, shortly after the hearing on the motion for preliminary injunction.

8.  The undersigned has now undertaken the handling of this case (as well as much of Mr. Wilkison's other caseload) on top of the undersigned's already burdensome schedule in state and federal courts, at both the trial and appellate levels.

9.  The undersigned was met with discovery to be responded to upon entry into the case and has also prepared and attended deposition of Plaintiff Cassanello.

10. On top of incurring Mr. Wilkison's former caseload, the undersigned also had to cover for a law partner who was out for a period of time in the interim with coronavirus and also incurred additional obligations from another law partner's (the firm's founder) death a few months prior.

11. The instant motion is not made for purposes of undue delay, but rather for the reasons set forth above, which the undersigned submits demonstrates good cause.

12. This progress of this case has not otherwise been affected since the undersigned has been diligent in attending to the matter.

13. Undersigned counsel has conferred with counsel for the Defendants pursuant to Local Rule 7.1(B) and (C) and is authorized to represent that the Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant the instant motion and extend the time by which Plaintiff's may file an Amended Complaint in this cause, up to and including, September 21, 2022.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed.R.Civ.P. 6(b)(1)(A). The

instant request for an extension of time by which to amend the Complaint is made prior to the deadline set in the prior scheduling orders and good cause for the requested continuance is set forth above. Furthermore, the Defendants do not oppose the request. Accordingly, Plaintiffs' request of an additional 30 days by which to amend the Complaint should be granted.

Respectfully submitted,

*/s/ Bryan E. DeMaggio*
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:  (904) 356-9661
Facsimile:  (904) 356-9667
Email:     sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Charles J. Cooper, Esquire,** ccooper@cooperkirk.com, **Davis Cooper, Esquire,** pdcooper@cooperkirk.com, **John D. Ohlendorf, Esquire,** johlendorf@cooperkirk.com, **John Ramer, Esquire,** jramer@cooperkirk.com, Cooper & Kirk, PLLC, 1523 New Hampshire Ave., NW, Washington, D.C. 20036, **Timothy Newhall, Esquire,** timothy.newhall@myfloridalegal.com, **Alannah Lee Shubrick, Esquire,** Alannah.shubrick@myfloridalegal.com, Office of the Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399, via Electronic Mail and Federal Express this 9th day of August, 2022.

_____
ATTORNEY

BED/jj[crt-plaintiffs.motion.for.extension.of.time.to.file.amended.complaint]