UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DONALD FALLS, et al., *Plaintiffs*, v. RON DESANTIS, in his official capacity as Governor of Florida, et al., *Defendants*. | Case No. 4:22-cv-166-MW/MJF |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF CASSANELLO'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 56(a), Local Rule 7.1, and Local Rule 56.1, Defendants move for partial summary judgment as to Plaintiff Cassanello and for leave to file a supplemental memorandum in opposition to Plaintiff Cassanello's motion for a preliminary injunction. On June 27, this Court issued an order denying Plaintiffs' motion for a preliminary injunction for all Plaintiffs except Plaintiff Cassanello. *See* Order Denying Prelim. Inj. in Part, Doc. 62 at 2 n.1 (June 27, 2022). His preliminary-injunction motion has remained pending since that Order. Given factual developments that were discovered during Plaintiff Cassanello's deposition last Friday, August 5, Defendants move for partial summary judgment

against all of Plaintiff Cassanello's claims. Defendants also respectfully move for leave to file a supplemental memorandum arguing that Plaintiff Cassanello has failed to establish standing to support a preliminary injunction.

Date: August 12, 2022

/s/ Timothy L. Newhall
Timothy L. Newhall
*Special Counsel*
Complex Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
timothy.newhall@myfloridalegal.com

*Counsel for Defendant Ashley Moody, in her official capacity.*

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 220-9600
Facsimile:  (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ron DeSantis, in his official capacity, et al.*