UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

    *Plaintiffs*,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

    *Defendants*.

Case No. 4:22-cv-166-MW/MJF

**DEFENDANTS' NOTICE OF FILING**

On June 29, the Court ordered Defendant Florida Board of Governors to file a notice related to the Board's proposed regulation 10.005, implementing the Individual Freedom Act, 2022 Fla. Laws 72. *See* Doc. 65. Pursuant to the Court's order, the Board filed a supplemental brief explaining that the proposed regulation had been approved at the Board's regularly scheduled meeting on June 30 and that the regulation was therefore subject to a 30-day public notice-and-comment period. *See* Doc. 66. Defendants file this notice to notify the Court that the Board approved the final regulation at its regularly scheduled meeting on August 26. The final regulation is attached as Ex. A.

Date: August 29, 2022

/s/ Timothy L. Newhall
Timothy L. Newhall
*Special Counsel*
Complex Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
timothy.newhall@myfloridalegal.com

*Counsel for Defendant Ashley Moody, in her official capacity.*

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ron DeSantis, in his official capacity, et al.*