UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, et. al.**

    **Plaintiffs,**

vs.                                                      Case No.: 4:22-cv-00166

**RON DESANTIS, in his official
capacity as Governor of Florida, et. al.**

    **Defendants.**

_____

## MOTION TO WITHDRAW

Comes now Sheppard, White, Kachergus, & DeMaggio, P.A., pursuant to Local Rule 11.1(H), and moves this Court to enter its Order permitting withdrawal of counsel, Jesse B. Wilkison, Esq. for the Plaintiffs, Donald Falls, Robert Cassanello, Jill Harper, and Nicole Stephanie Jamieson (as next of friend of RMJ). In support thereof, the undersigned states:

1. Mr. Wilkison is no longer employed with the firm of Sheppard, White, Kachergus, & DeMaggio, P.A.

2. As required by Local Rule 11.1(H), counsel has conferred with Plaintiffs who consent to Mr. Wilkison's withdrawal from this cause. Plaintiffs will continue to be represented by the attorneys of record from the firm Sheppard, White, Kachergus, & DeMaggio, P.A.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court to enter its Order authorizing Jesse B. Wilkison, Esq. to withdraw as attorney of record.

    Respectfully submitted,

*/s/ DeMaggio*
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Charles J. Cooper, Esquire,** ccooper@cooperkirk.com, **Davis Cooper, Esquire,** pdcooper@cooperkirk.com, **John D. Ohlendorf, Esquire,** johlendorf@cooperkirk.com, **John Ramer, Esquire,** jramer@cooperkirk.com, **Timothy Newhall, Esquire,** timothy.newhall@myfloridalegal.com, **Alannah Lee Shubrick, Esquire,** Alannah.shubrick@myfloridalegal.com, via Electronic Mail this 31st day of August, 2022.

_____
ATTORNEY