# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

    *Plaintiffs*,

v.                                        Case No.  4:22cv166-MW/MJF

**RON DESANTIS, in his official
capacity as Governor of Florida,
et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, the unopposed motion to withdraw Jesse B. Wilkison as counsel for Plaintiffs. ECF No. 76. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Wilkison from CM/ECF on this matter.

    **SO ORDERED on August 31, 2022.**

                                                               s/Mark E. Walker_____
                                                               **Chief United States District Judge**