UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

vs.                            Case No.:  4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida, et. al.

    **Defendants.**

_____

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order (Doc. 29), the Parties file this Joint Status Report.

The Court has denied Plaintiffs' motion for a preliminary injunction as to Plaintiffs Falls, Harper, Hodo, and RMJ on the ground that these plaintiffs have not met their burden to establish standing to pursue preliminary injunctive relief. Doc. 62. Plaintiffs' motion for a preliminary injunction is still pending as to Plaintiff Cassanello, and in relation to that plaintiff, the Court has requested and received supplemental briefing on the issue of his standing. *See* Doc. 63, 64, 74, 77, 80. The Court has noted that it has taken these arguments under advisement. Doc. 81.

The Court has dismissed all claims with the exception of the claims of

Plaintiffs Falls, Harper, and RMJ against the Florida Board of Education and the claims of Plaintiff Cassanello against the Florida Board of Governors. *See* Doc. 68.

Defendants have engaged in jurisdictional discovery relating to Plaintiff Cassanello. Specifically, Defendants have served document requests on Plaintiff Cassanello and took his deposition on August 5, 2022. Plaintiffs have not propounded discovery requests.

This Court denied Defendants' motion for partial summary judgment with respect to Plaintiff Cassanello's standing. Doc. 81.

The Florida Board of Governors finalized Rule 10.005 implementing the Individual Freedom Act on August 26. Doc. 75.

Plaintiffs previously moved for leave for an extension of time to file an amended complaint, Doc. 71, which the Court granted, Doc. 72. After much due consideration, Plaintiffs have decided not to file an amended complaint.

Date:   September 8, 2022

/s/ John D. Ohlendorf
John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

Date:   September 8, 2022

/s/ Bryan E. DeMaggio
Bryan E. DeMaggio
Sheppard, White, Kachergus, DeMaggio & Wilkison P.A.
215 Washington Street,
Jacksonville, FL 32256
bdemaggio@sheppardwhite.com
(904) 356-9661

Date:   September 8, 2022

/s/ Timothy L. Newhall
Timothy L. Newhall
Special Counsel
Complex Litigation Section
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
timothy.newhall@myfloridalegal.com
(850) 414-3633