IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

  *Plaintiffs*,

v.           Case No. 4:22cv166-MW/MJF

**RON DESANTIS, in his official
capacity as Governor of Florida,
et al.,**

  *Defendants*.

_____/

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

This Court has considered, without hearing, Plaintiffs' unopposed motion for amendment to the scheduling order. ECF No. 85. The motion is **GRANTED**. The amended deadlines are as follows:

- Plaintiffs' expert disclosures are due on or before January 17, 2023;
- Defendants' expert disclosures are due on or before February 16, 2023;
- The discovery deadline is extended to March 20, 2023;
- Summary judgment motions are due on or before April 10, 2023; and

- Trial is continued to July 17, 2023.

**SO ORDERED on November 4, 2022.**

<u>**s/Mark E. Walker**</u>

**Chief United States District Judge**