UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et. al.,
    Plaintiffs,

vs.                      CASE NO:   4:22-cv-00166

RON DESANTIS, in his official
Capacity as Governor of Florida, et. al.,
    Defendants.

_____/

## NON-PARTY THE SCHOOL BOARD OF HARDEE COUNTY, FLORIDA'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA

Non-party, the School Board of Hardee County, Florida, comes now through the undersigned counsel, and gives notice of the withdrawal without prejudice of its Motion to Quash Subpoena filed on November 4, 2022 pursuant to the representations made by the Plaintiff's Counsel in the attached Exhibit "A."

Respectfully submitted,

/s/ Warren R. Ross
Warren R. Ross, Esquire
Florida Bar No. 382086
Wotitzky, Wotitzky, Ross & Young, P.A.
Attorneys for School District of Hardee County
1107 West Marion Avenue, Unit 111
Punta Gorda, FL 33950
(941) 639-2171; Fax (941) 639-8617
warren.ross@wotitzkylaw.com
donna@wotitzkylaw.com

## CERTIFICATE OF SERVICE

The School Board has hereby served its Motion to Quash on Plaintiffs' counsel Bryan E. DeMaggio, Esquire, via email on this 10th day of November, 2022.

1

2

/s/ Warren R. Ross
Warren R. Ross, Esquire
Florida Bar No. 382086
Wotitzky, Wotitzky, Ross & Young, P.A.
Attorneys for School District of Hardee County
1107 West Marion Avenue, Unit 111
Punta Gorda, FL 33950
(941) 639-2171; Fax (941) 639-8617
warren.ross@wotitzkylaw.com
donna@wotitzkylaw.com

cc: Client

\\sbserver11\documents\Warren\HARDEE COUNTY SCHOOL BOARD\SUBPOENA - FALLS V. DESANTIS\Notice of Withdrawal of Motion to Quash 11.10.22.docx