IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

    *Plaintiffs*,

v.   Case No.:  4:22cv166-MW/MJF

RON DESANTIS, in his official
capacity as Governor of Florida,
et al.,

    *Defendants*.

_____/

ORDER DENYING IN PART
MOTION FOR PRELIMINARY INJUNCTION

This Court previously denied Plaintiffs' motion for preliminary injunction in part and reserved ruling on the motion with respect to Plaintiff Cassanello, a professor at the University of Central Florida. *See* ECF No. 62 (Order Denying Preliminary Injunction in Part); ECF No. 81 (Order Denying Motion for Partial Summary Judgment). After this Court took the parties' arguments under advisement with respect to Dr. Cassanello's pending motion for preliminary injunction, ECF No. 4, this Court granted a preliminary injunction against the members of the Board of Governors in another case challenging the same law. *See* ECF No. 63, *in* Case No.: 4:22cv304-MW/MAF. This Court's preliminary injunction in the *Pernell* case includes facial relief prohibiting the members of the Board of Governors from enforcing the challenged law in this case with respect to *all* state university

employees, including Dr. Cassanello. And, as this Court previously determined, Dr. Cassanello has standing to proceed against only the members of the Board of Governors. Indeed, his claims do not implicate any other Defendant not already subject to this Court's preliminary injunction in *Pernell*. In effect, Dr. Cassanello's motion for preliminary injunction is now moot. At this juncture, Dr. Cassanello cannot establish irreparable harm absent issuance of a preliminary injunction. *See Siegel v. LePore*, 234 F.3d 1163, 1179 (11th Cir. 2000) (noting "proof of irreparable injury is an indispensable prerequisite to a preliminary injunction"). Accordingly, Plaintiffs' motion, ECF No. 4, is **DENIED** as to Dr. Cassanello's remaining request for preliminary injunction.

       **SO ORDERED on November 18, 2022.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**