UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

vs.                                        Case No.:  4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida, et. al.

    **Defendants.**

_____

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order (Doc. 29), the Parties file this Joint Status Report.

The Court has denied Plaintiffs' motion for a preliminary injunction as to Plaintiffs Falls, Harper, Hodo, and RMJ on the ground that these plaintiffs have not met their burden to establish standing to pursue preliminary injunctive relief. Doc. 62. The Court has also denied as moot Plaintiffs' motion for a preliminary injunction as to Plaintiff Cassanello given the Court's preliminary injunction against the members of the Board of Governors in *Pernell v. Lamb*, No. 4:22-cv-304-MW/MAF (N.D. Fla.). *See* Doc. 94.

The Court has dismissed all claims with the exception of the claims of

1

Plaintiffs Falls, Harper, and RMJ against the Florida Board of Education and the claims of Plaintiff Cassanello against the Florida Board of Governors. *See* Doc. 68.

Defendants have engaged in jurisdictional discovery relating to Plaintiff Cassanello. Specifically, Defendants have served document requests on Plaintiff Cassanello and took his deposition on August 5, 2022.

This Court denied Defendants' motion for partial summary judgment with respect to Plaintiff Cassanello's standing. Doc. 81.

The Florida Board of Governors finalized Rule 10.005 implementing the Individual Freedom Act on August 26. Doc. 75.

Plaintiffs served document requests on Defendant-Florida State Board of Education. Defendants have served their responses and objections. Plaintiffs have also served Rule 45 subpoenas on third parties and are in the process of receiving and reviewing the responses to those subpoenas.

On November 4, the Court granted Plaintiffs' unopposed motion to amend the scheduling order.

On December 5, Defendants served requests for production and interrogatories on Plaintiffs Falls, Harper, and Jamieson, as next friend of R.M.J. Plaintiffs are currently preparing their responses and objections.

The Parties are in the process of arranging for the deposition of a Rule 30(b)(6) representative for the State Board of Education.

Date:   December 14, 2022         /s/ John D. Ohlendorf
                                  John D. Ohlendorf
                                  Cooper & Kirk, PLLC
                                  1523 New Hampshire Avenue, N.W.
                                  Washington, D.C. 20046
                                  johlendorf@cooperkirk.com
                                  (202) 220-9617

Date:   December 14, 2022         /s/ Bryan E. DeMaggio
                                  Bryan E. DeMaggio
                                  Sheppard, White, Kachergus, & DeMaggio P.A.
                                  215 Washington Street,
                                  Jacksonville, FL 32256
                                  bdemaggio@sheppardwhite.com
                                  (904) 356-9661

Date:   December 14, 2022         /s/ Timothy L. Newhall
                                  Timothy L. Newhall
                                  Special Counsel
                                  Complex Litigation Section
                                  Office of the Attorney General
                                  PL-01 The Capitol
                                  Tallahassee, FL 32399-1050
                                  timothy.newhall@myfloridalegal.com
                                  (850) 414-3633