UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS,** et. al.

    **Plaintiffs,**

vs.                                       Case No.:  4:22-cv-00166

**RON DESANTIS,** in his official
capacity as Governor of Florida, et. al.

    **Defendants.**

_____

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order (Doc. 29), the Parties file this Joint Status Report.

The Court has denied Plaintiffs' motion for a preliminary injunction as to Plaintiffs Falls, Harper, Hodo, and RMJ on the ground that these plaintiffs have not met their burden to establish standing to pursue preliminary injunctive relief. Doc. 62. The Court has also denied as moot Plaintiffs' motion for a preliminary injunction as to Plaintiff Cassanello given the Court's preliminary injunction against the members of the Board of Governors in *Pernell v. Lamb*, No. 4:22-cv-304-MW/MAF (N.D. Fla.). *See* Doc. 94.

The Court has dismissed all claims with the exception of the claims of

1

Plaintiffs Falls, Harper, and RMJ against the Florida Board of Education and the claims of Plaintiff Cassanello against the Florida Board of Governors. *See* Doc. 68.

Defendants have engaged in jurisdictional discovery relating to Plaintiff Cassanello. Specifically, Defendants have served document requests on Plaintiff Cassanello and took his deposition on August 5, 2022.

This Court denied Defendants' motion for partial summary judgment with respect to Plaintiff Cassanello's standing. Doc. 81.

The Florida Board of Governors finalized Rule 10.005 implementing the Individual Freedom Act on August 26. Doc. 75.

Plaintiffs served document requests on Defendants-Members of the Florida State Board of Education, in their official capacity. Defendants have served their responses and objections. Plaintiffs have also served Rule 45 subpoenas on third parties and are in the process of receiving and reviewing the responses to those subpoenas as they are submitted.

On November 4, the Court granted Plaintiffs' unopposed motion to amend the scheduling order.

On December 5, Defendants served requests for production and interrogatories on Plaintiffs Falls, Harper, and Jamieson, as next friend of R.M.J. Plaintiffs are currently preparing their responses and objections.

On January 6, 2023, Plaintiffs served a second set of requests for production

on Defendants-Members of the Florida State Board of Education, in their official capacity. Defendants are currently preparing their responses and objections.

The Parties are in the process of scheduling the deposition of a Rule 30(b)(6) representative for the State Board of Education.

Date:   January 17, 2023

/s/ John D. Ohlendorf
John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

Date:   January 17, 2023

/s/ Bryan E. DeMaggio
Bryan E. DeMaggio
Sheppard, White, Kachergus, & DeMaggio P.A.
215 Washington Street,
Jacksonville, FL 32256
bdemaggio@sheppardwhite.com
(904) 356-9661

Date:   January 17, 2023

/s/ Timothy L. Newhall
Timothy L. Newhall
Special Counsel
Complex Litigation Section
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
timothy.newhall@myfloridalegal.com
(850) 414-3633

3