UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

        *Plaintiffs*,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

        *Defendants*.

Case No. 4:22-cv-166-MW-MJF

## **JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties jointly move to amend this Court's scheduling order (Doc. 88) to extend the deadlines by 90 days.

In support of this motion, the parties state that they are attempting in good faith to proceed with discovery and to resolve discovery issues among themselves. The parties further state that additional time is needed for the discovery and the meet-and-confer processes to conclude.

The parties submit a proposed order that would extend the following deadlines by 90 days and result in the new proposed deadlines indicated in parentheses:

- Plaintiffs' expert disclosures (April 17, 2023)
- Defendants' expert disclosures (May 17, 2023)

1

- Discovery deadline (June 19, 2023)

- Summary judgment motions (July 10, 2023)

- Trial readiness (October 2023)

The Parties thus jointly request the Court enter the proposed amended scheduling order.

## Local Rule 7.1(B) Certification

Consistent with Local Rule 7.1(B), counsel for Plaintiffs and counsel for Defendants have conferred in good faith about the relief requested in the motion. Having done so, the Parties jointly file this motion.

## Local Rule 7.1(F) Certification

Consistent with Local Rule 7.1(F), this motion contains 128 words.

Date: February 1, 2023

*/s/* Bryan E. DeMaggio
Bryan E. DeMaggio (Bar No. 055712)
Sheppard, White, Kachergus &
DeMaggio, P.A.
215 Washington Street,
Jacksonville, FL 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
sheplaw@sheppardwhite.com

*Counsel for Plaintiffs Donald Falls, et al.*

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 220-9600
Facsimile:  (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Governor Ron DeSantis, in his official capacity, et al.*

/s/ Timothy L. Newhall
Timothy L. Newhall
Special Counsel
Complex Litigation
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
timothy.newhall@myfloridalegal.com
(850) 414-3633

*Counsel for Defendant Attorney General Ashley Moody, in her official capacity*

3