UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.

     **Plaintiffs,**

**vs.**                                    **Case No.:  4:22-cv-00166-MW/MJF**

RON DESANTIS, et al.

     **Defendants.**

_____

## PLAINTIFF DONALD FALLS's ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff, Donald Falls, hereby answers Defendants' First Set of Interrogatories and states as follows:

**Interrogatory No. 1: Identify each provision of the Individual Freedom Act that Your instruction or planned instruction violates and explain in detail how Your instruction or planned instruction violates that provision.**

The following provisions of the Individual Freedom Act "IFA" as specified in section 4(a) could potentially be violated by my instruction on several topics including the Jim Crow period of United States history, the Civil Rights movement, slavery, women's suffrage/rights, and immigration.

    (2) "A person, by virtue of his or her race, color, national origin, or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously."

    (3) "A person's moral character or status as either privileged or oppressed is necessarily determined by his or her race, color, national origin, or sex."

(4) "Members of one race, color, national origin, or sex cannot and should not attempt to treat others without respect to race, color, national origin, or sex."

(5) "A person, by virtue of his or her race, color, national origin, or sex, bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, national origin, or sex."

(6) "A person, by virtue of his or her race, color, national origin, or sex, should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion."

(7) "A person, by virtue of his or her race, color, sex, or national origin, bears personal responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions, in which the person played no part, committed in the past by other members of the same race, color, national origin, or sex."

(8) "Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex."

Florida standards for the teaching of Civics and Government [9-12] include:

"Evaluate, take, and defend positions about rights protected by the Constitution and Bill of Rights." [SS.912.C.2.6]

"Identify the expansion of civil rights and liberties by examining the principles contained in primary documents." [SS.912.C.2.9]

"Evaluate the significance and outcomes of landmark Supreme Court cases." [SS.912.C.3.10]

"Contrast how the Constitution safeguards and limits individual rights." [SS.912.C.3.11]

To successfully teach the above standards requires lessons that engage students in our nation's long struggle to fulfill the ideals of the Declaration of Independence and the principles of the Constitution. To that end, frank discussions of racial, ethnic, and gender discrimination are necessary. In those class discussions, it is quite possible that a student may feel anxious and uneasy about some of the

historical events, as well as more current events, that have shaped this struggle. Although I have never, and would never, suggest to a student that they are responsible for the actions of their ancestors, I cannot control how a student may interpret or feel about these historical truths. For example, any discussion of the history of civil rights would include the Continental Congress' elimination of Jefferson's condemnation of slavery from his original draft, the failure of framers of the Constitution to deal with the moral, ethical, and philosophical contradiction of slavery, the failure of the government to protect rights during the long period of Jim Crow, the racial violence of the Civil Rights Movement of the 1950s & 60s, and the more current examples of racial violence in society.

The following are lessons that I have used in the past and plan on using in the future that may violate the Individual Freedom Act. These lessons are essential for students to understand the basic principles and ideals of our nation and system of government. Many of these events may be uncomfortable for some but that does not change the historical accuracy and importance of these events.

*Lesson: Florida and Civil Rights in the 20th Century.*

The purpose of this lesson is to help students understand the long struggle to achieve civil rights for people of color. The struggle in Florida is used to help students connect to the issue. Although some students may have relocated from other parts of the country, many were born in Florida helping them put context to the events. The following are examples of events discussed with students that involve the struggle for equal treatment under the law.

Lynching:  at least six Black citizens were lynched in Manatee County in the first four decades of the 20th century. I highlight the story of Willie English who was arrested for comments made to a white woman, subsequently taken from the jail by a mob, shot and hung. No arrests were made, and the newspaper reported that the lynching was intended to be a "warning to others".

Tallahassee Bus Boycott: In 1956, civil rights activists organized a city-wide bus boycott to protest segregation in the transportation system. During the boycott, Black riders resorted to a car-pooling system that the city commission cracked down on by having car poolers arrested. Even after the Supreme Court upheld the lower court's ruling that segregated bus systems violated the Equal Protection Clause of the Fourteenth Amendment [*Gayle v. Browder* 1956] the city continued to try and keep buses segregated.

Lunch Counter Sit-ins:   An important tactic of the Student Nonviolent Coordinating Committee was the use of sit-ins at lunch counters to protest Jim Crow segregation practices. This took place throughout the South, including Florida. In March of 1961, a sit-in took place at a Bradenton Woolworth. Although the sit-in passed without incident, the reporting of it in the local newspaper gives insight to the racial tensions and discrimination of the era as it described the participants as "about a dozen young Negresses".

These examples involve clear racial discrimination and prejudice designed by the dominant racial group [whites] to suppress Black citizens from desire to have basic human and civil rights. There is no doubt of the historical veracity but how this is internalized by students is beyond the control of the educator. Although no student would be directly involved in any of these events, is it possible they have some family connection or even feel they bear some responsibility because of their race. The IFA prohibits instruction that implies that someone is "inherently racist...whether consciously or unconsciously" (Concept 2). It is quite possible, even likely, that some white students will see these historical events as evidence of white racism that they are linked to by virtue of their race. Although the instruction in no way suggests that the student themselves is racist, the student may well feel an "unconscious racism". Further, the instruction does not suggest that "virtues [of] merit, excellence, hard work, fairness..." are racist (Concept 3), but students may very well interpret these events and others as evidence of these virtues being used to create a system to "oppress" people of color. One must look at the language used to describe Blacks during Jim Crow to see the inherent racism perpetuated by a white dominated society.

*Lesson: Affirmative Action and the Court*

A second example of potential violation is the teaching of affirmative action. As stated previously, one of the Civics and Government standards is evaluating significant Supreme Court decisions [SS.912.C.3.10]. Teaching the concept of affirmative action naturally entails looking at the Court's decisions relating to affirmative action. Most obviously *Bakke v. California* [1978] and *Grutter v. Bollinger* [2003], as well as the current case before the court *Students for Fair Admissions v. Harvard.* The IFA does not allow a teacher to subject a student to a concept or idea where "A person, by virtue of his or her race, color, national origin, or sex, should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion" (Concept 6). The purpose of affirmative action is to

4

correct the past injustices that prevented discriminated groups from receiving the same opportunities as others. Discussing the history of affirmative action and civil rights measures pursued by the government and the court's review of those actions and measures may suggest to students that previously favored groups are now "adverse[ly]" affected by policies that, for example, look at race as a factor in college admissions. Concepts 4 and 5 are likewise implicated by these discussions about affirmative action.

Most of my students are seniors in high school, and many are making applications to colleges. If some of those students fail to get into the college of their choice, will they interpret that rejection as an extension of some affirmative action initiative? Will I be complicit because we discussed the reasons for affirmative action and how the court has ruled in these matters? This is a difficult issue that always brings into the classroom serious debate on the merits and problems with affirmative action. Some of the most educationally productive lessons involve issues with distinct viewpoints often derived from personal perspective. So, if we are discussing the court's decision in *Grutter,* where the court ruled that the University of Michigan Law School could use race as a factor to create student diversity, that discussion could be interpreted as "adverse treatment to achieve diversity, equity, or inclusion" prohibited under the IFA.

A third example would be the minefield created by the IFA's section stating that "A person's moral character or status as either privileged or oppressed is necessarily determined by his or her race, color, national origin, or sex." (Concept 3). The problem for myself, and for any teacher, trying to teach about our nation's long, complicated, and difficult racial history would be the impossibility of teaching students that we have a race neutral history. The IFA prohibits teaching that a person's "status" is "oppressed" because of their "race, color, national origin, or sex." Frankly, to present accurate historical facts to students, it is obvious that Blacks and other people of color, immigrants, and women have all been oppressed in our history. The specific examples are so vast that a detailed discussion would extend this discovery to book length. A couple of quick examples illustrate the difficulty, nay the impossibility, of teaching United States History, Government, Economics, or a host of other social science courses under the IFA restrictions.

*Lesson: The Peculiar Institution in America:* The 'peculiar institution' of chattel slavery from the 17th century to the abolition of slavery in 1865 would be impossible to discuss without the obvious acknowledgement that it was exclusively

Blacks that were in slavery and enslaved almost entirely by white slave owners. If you were black in the first 235 years of our history, you were most likely 'oppressed' because of your race and the color of your skin.

*Lesson: The Struggle to Vote: Women's Suffrage Movement:* Throughout most of our history if you were a woman, you had virtually no political rights, severely limited economic freedom, and were forced to live in the shadow of a male dominated society.  The long struggle for women's suffrage culminating in the passage of the 19th Amendment in 1920 is a clear indication that a person's sex meant political 'oppression' not faced by the other gender.

*Lesson: San Francisco, Ethnic Animosity, and the Chinese Exclusion Act:* The Chinese Exclusion Act [1882] was directed towards a particular group's national origin, as the title of the act clearly indicates. The act did not discriminate against whites or immigrants from Europe but singularly identified one nationality for oppression.

*Lesson: Dr Martin Luther King and the Struggle for Equal Rights*

Finally, the subjectivity and vagueness of the IFA's statement that "Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex" (Concept 8), has a whole range of implications for the classroom teacher. Let me share one example. In discussing the Civil Rights Movement of the 1960s and more broadly the Federal Government's various attempts at addressing long standing issues of prejudice and discrimination in society, I use a speech by Dr. Martin Luther King Jr. often referred to as the 'Beyond Vietnam' speech. It was given on April 4, 1967, at the New York Riverside Church, exactly one year before his brutal assassination. Although the subject of the speech is our nation's involvement in Vietnam, King's message is much more than simply a call for the United States to withdraw from Vietnam and rethink its growing military presence in the world. It is about exploitation of the poor, the morality of war and hate, and the values we as nation should inspire, but have often failed, including the value of fairness. The speech at its core is an attack on the politicians and policy makers who pursue change under the guise of racial and class equality but questions whether those changes are a mere vail to keep the mostly white, powerful, and wealthy in control. The profound questions raised by Dr. King in this speech are as relevant today as they were in 1967.  This is not lost on students, who will question the lack

6

of racial progress in so many areas of our society and wonder if many policies promoted as making social and racial progress are really ploys to keep the powerful in power. I wonder if students reading the speech will run afoul of the IFA because Dr. King asks us "to question the fairness and justice of many of our past and present policies". Below is a brief excerpt of the speech:

> I am convinced that if we are to get on the right side of the world revolution, we as a nation must undergo a radical revolution of values. We must rapidly begin the shift from a thing-oriented society to a person-oriented society. When machines and computers, profit motives and property rights, are considered more important than people, the giant triplets of racism, extreme materialism, and militarism are incapable of being conquered.
>
> A true revolution of values will soon cause us to question the fairness and justice of many of our past and present policies. On the one hand we are called to play the Good Samaritan on life's roadside, but that will be only an initial act. One day we must come to see that the whole Jericho Road must be transformed so that men and women will not be constantly beaten and robbed as they make their journey on life's highway. True compassion is more than flinging a coin to a beggar. It comes to see that an edifice which produces beggars needs restructuring.
>
> A true revolution of values will soon look uneasily on the glaring contrast of poverty and wealth. With righteous indignation, it will look across the seas and see individual capitalists of the West investing huge sums of money in Asia, Africa, and South America, only to take the profits out with no concern for the social betterment of the countries, and say: "This is not just." It will look at our alliance with the landed gentry of South America and say: "This is not just." The Western arrogance of feeling that it has everything to teach others and nothing to learn from them is not just.

7

**Interrogatory No. 2: Identify each concept in Fla. Stat. § 1000.05(4)(a)1–8 that You wish to endorse during class instruction and explain in detail the context in which You wish to endorse that concept.**

The problem with the IFA is that the "endorsement" provision is tied to an objectivity requirement. *See* Section 1000.05(4)(b). However, what "objective" means under the IFA is unclear to me, and in any event, history is not an objective science.

Teaching history, and in other disciplines of the social sciences, recognizes that historical events are an amalgamation of objective facts and subjective interpretation. This is true of the teacher as well as the student receiving the information. Hegel saw history as a meeting of intellectual reason and historical facts. As British philosopher W. H. Walsh explained, for Hegel one must take "empirical" historical data not just to regurgitate it back but "to illuminate history by bringing his knowledge of the Idea, the formal articulation of reason, to bear upon it, striving… to elevate empirical contents to the rank of necessary truth." For each of us, teacher and student, reason and truth are viewed through one's own experience and unique lens. The Individual Freedom Act would strip away that critical thinking by suggesting that there is only a set of knowable facts that cannot be interpreted through experience. Students receive an education that is one-sided and does not allow for various interpretations or perspectives, what famed educational thinker Elliot Eisner called a "null curriculum."  Charles Beard, one of great American historians of the 20th century, argued in his 1933 American Historical Association Presidential Address that the subjective nature of the historian's selection and arrangement of facts is based on his own relationship to contemporary thought. Beard wrote that "his faith is at bottom a conviction that something true can be known about the movement of history and his conviction is a subjective decision, not a purely objective discovery." Just as the teacher must make subjective decisions about what and how to teach, the student interprets that information through their own experience, political philosophy, and belief system. For example, if I was teaching about presidential scandals in a history or government class, are the actions of Richard Nixon and those of Bill Clinton the same or different. The student in the first row whose views are progressive may argue that Nixon's actions were much more dangerous whereas the conservative leaning student in the back row may see Clinton's actions as much worse. The interpretation belongs to the student. The job

of the educator is to be sure that the subjective is supported by objective facts. I, nor any educator, can control or should control how a student looks at the world, but should give them the tools to make reasoned judgments when forming their view of the world. When objective facts merge with a person's subjectivity, knowledge is created. To think otherwise is to ignore what makes us human. The late historian Timothy Paul Donovan once wrote that "unrefined history is as useless as any other unprocessed raw material." The way we look at the world and evaluate what we see molds us into unique individuals ready for the road ahead. Restraining how one interprets and thinks about the world are unnecessary roadblocks for our students.

Racial and ethnic discrimination, gender bias, economic inequality, social segregation has all been an unfortunate part of our national narrative and remains in society to this very day. Struggles over economic fairness, racial and gender equality, and the right to enjoy the ideals of our founding principles define our history and who we are; right or wrong. The IFA is designed to silence educators and deny knowledge to the students of Florida. Its wording places a draconian pall over the classroom.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this response and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: _2-6-2023_

_Donald Falls_ (signature)

DONALD FALLS

**State of Florida**          }
                             }
**County of** _Manatee_      }

**BEFORE ME,** the undersigned authority, personally appeared _Kelly Green_, by means of _in person_ or _____ online notarization, who are being duly sworn, swears and affirms that he has read and executed the foregoing and the contents thereof are true and accurate.

**WITNESS** my hand and seal this _6th_ day of _February_, 2023.

_Kelly Green_ (signature)

NOTARY PUBLIC or DEPUTY CLERK
[print, type or stamp commissioned name of notary of deputy clerk]

_X_ Personally Known

KELLY GREEN
Commission # HH 337390
Expires December 1, 2026

_____ Produced Identification
Type of Identification Produced _____

10

Respectfully submitted,

_____

Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Camille Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:  (904) 356-9661
Facsimile:  (904) 356-9667
Email:        sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Charles J. Cooper, Esquire,** ccooper@cooperkirk.com, **Davis Cooper, Esquire,** pdcooper@cooperkirk.com, **John D. Ohlendorf, Esquire,** johlendorf@cooperkirk.com, **John Ramer, Esquire,** jramer@cooperkirk.com, **Timothy Newhall, Esquire,** timothy.newhall@myfloridalegal.com, **Alannah Lee Shubrick, Esquire,** alannah.shubrick@myfloridalegal.com, via Electronic Mail this 8th day of February, 2023.

_____
ATTORNEY