IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

    *Plaintiffs*,

v.                                       Case No.:  4:22cv166-MW/MJF

**RON DESANTIS, in his official
Capacity as Governor of Florida,
et al.,**
    *Defendants*.
_____/

## ORDER CLARIFYING ORDER FOR SUPPLEMENTAL BRIEFING ON JURISDICTION

This Court ordered the parties to submit supplemental briefing regarding the Plaintiffs' standing at the outset of this litigation and this Court's jurisdiction. ECF No. 110. This Order clarifies this Court's prior Order and directs the parties to also address the same two questions this Court posed in its Order, *id*. at 7, with respect to Plaintiffs Harper and RMJ. The parties' supplemental briefs remain due **on or before April 28, 2023**.[1]

SO ORDERED on April 26, 2023.

                                                  s/Mark E. Walker          
                                                  **Chief United States District Judge**

---

[1] This Court recognizes the deadline is only two days away. However, this Court anticipates the legal arguments in favor of or opposing standing to proceed with respect to Plaintiffs Falls and Cassanello will be substantially the same as the arguments in favor of or opposing standing to proceed with respect to Plaintiffs Harper and RMJ.