IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FALLS, et al.,**

    *Plaintiffs*,

v.    Case No.: 4:22cv166-MW/MJF

**RON DESANTIS, in his official
Capacity as Governor of Florida,
et al.,**

    *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

The parties have submitted their supplemental briefs on standing pursuant to this Court's orders. ECF Nos. 113 & 114. Upon review, it appears Defendants did not fully anticipate Plaintiffs' arguments regarding traceability and thus have they fully engaged with them. In fairness, Defendants should be able to respond before this Court takes the matter under advisement. In addition, Plaintiffs may wish to address Defendants' expansive view of general enforcement authority. Accordingly, Defendants shall file an expedited response to Plaintiffs' arguments **on or before May 8, 2023**. Plaintiffs may respond to Defendants' arguments **on or before May 8, 2023**.

SO ORDERED on May 1, 2023.

                                                *s/Mark E. Walker*
                                                **Chief United States District Judge**