IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD FALLS, et al.,

    *Plaintiffs*,

v.                                      Case No.:  4:22cv166-MW/MJF

RON DESANTIS, in his official
Capacity as Governor of Florida,
et al.,
    *Defendants*.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

This Court ordered Defendants to respond to Plaintiffs' arguments posed in their supplemental briefing. ECF No. 116. Upon further review of Plaintiffs' arguments, Plaintiffs must also file a supplemental brief answering the following questions.

First, Plaintiffs assert that the Board of Education's disciplinary rule in effect in April 2022, when Plaintiffs filed this action, contemplated (although not explicitly) the recently enacted definition of discrimination under section 1000.05(4), and thus, their injuries were fairly traceable to the members of the Board of Education at the outset of the litigation. But HB 7 and its amended definition of discrimination did not go into effect until July 1, 2022—over two months after this case was filed. Accordingly, Plaintiffs must explain why they had standing to challenge HB 7's amendments to Florida Statutes over two months before those

amendments became effective.

Second, the main thrust of Plaintiffs' argument with respect to traceability is that their injuries were *always* directly traceable to this threat of enforcement under the disciplinary rule in effect in April 2022. If that is the case, and the only thing that has changed since April 2022 is that in November 2022 the Board of Education codified what was already true, why do Plaintiffs get to take a second bite at the apple for a preliminary injunction?

This Court is not trying to be pedantic by asking these questions. This Court is simply trying to make the correct decision. Accordingly, Plaintiffs must file a second supplemental brief answering these questions **on or before May 8, 2023.** Defendants may address these questions as well as part of their response due **on or before May 8, 2023.**

**SO ORDERED on May 1, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**